SHEBELL & SHEBELL, LLC
John H. Sanders, II Esq. (036932001)
655 Shrewsbury Avenue, Suite 314
Shrewsbury, New Jersey 07702
Tel: (732) 663-1122
Fax: (732) 663-1144
Email: jsanders@shebell.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| McILWAIN, LLC a/k/a Timothy J. McIlwain, Attorney at Law. | CASE NO.: |
| *Plaintiff,* | CIVIL ACTION |
| Vs. | |
| HAGENS BERMAN SOBOL SHAPIRO, LLP, STEVE W. BERMAN, ESQ., ROBERT B. CAREY, ESQ., LEONARD W. ARAGON, ESQ., and John Does 1-10. | |
| *Defendants.* | |

## DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff, McIlwain, LLC a/k/a Timothy J. McIlwain, Attorney at Law, certifies that this party is a non-governmental corporate party that:

[ ]   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

## OR

[X]   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____         **SHEBELL & SHEBELL, LLC**
Signature of Attorney                          Name of Firm

**JOHN H. SANDERS, II**
Print Name

**FEBRUARY 23, 2017**
Date

**655 SHREWSBURY AVENUE, SUITE 314**
Address

**SHREWSBURY, NEW JERSEY  07702**
City/State/ZIP Code