IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MCILWAIN, LLC, a/k/a Timothy J. McIlwain, Attorney at Law,<br><br>  Plaintiff,<br><br>  v.<br><br>Steve BERMAN, *et al.*,<br><br>  Defendants. | Civil No. 17-1257 (RBK/KMW)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on Hagens Berman Sobel Shapiro, LLP's ("Hagens Berman") Motion to Set Aside Default Judgment (mislabeled, as no judgment has been entered) (ECF No. 21), Steve Berman's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 27), and Hagens Berman's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 30), and for the reasons expressed in the opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motions are **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants are to be transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1631. The Court finds that Plaintiff's claims could have originally been brought in the Northern District of California and that a transfer is in the interest of justice.

Dated:   May 24, 2018

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge