IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCILWAIN, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>STEVE W. BERMAN, et al.,<br><br>       Defendants. | No. 18-cv-03127 CW<br><br>ORDER REGARDING RESPONSIVE PLEADING |

After being transferred to this District under 28 U.S.C. § 1631, this action was related to Keller v. Electronic Arts, Case Number 09-cv-01967, and reassigned to the undersigned, on August 24, 2018. Docket Nos. 52, 53. No responsive pleading currently appears on the docket. Accordingly, within fourteen days of the date the present Order is filed, Defendants may file a responsive pleading to the complaint.

IT IS SO ORDERED.

Dated: August 30, 2018

_____
CLAUDIA WILKEN
United States District Judge