# MCILWAIN LLC

**McIlwain Professional Building**
2020 NEW ROAD, SUITE A
LINWOOD, NEW JERSEY 08221
Tel 877-375-9599 Fax 609-450-7017
www.McIlwainLaw.com

TIMOTHY J. MCILWAIN, ESQUIRE
GRADUATE OF TRIAL LAWYERS COLLEGE
Email: Attorney@McIlwainLaw.com
Direct Dial: 520-512-5448
*Reply to Linwood Office Only*

September 12, 2018

Hon. Claudia Wilkin, Senior District Judge
Ronald V. Dellumsfed Bld & US Courthouse
1301 Clay Street
Oakland, CA 94612



FILED
SEP 18 2018
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re: **McIlwain v. Hagens Berman Sobol Shapiro, LLP et al.**
Case No.: **4:18-cv-03127-CW**

Dear Judge Wilkin:

I am a pro se litigant in the above captioned matter that has been recently transferred to Your Honor from the Honorable William H. Orrick, U.S.D.J.

Respectfully, I ask to be given permission for electronic case filing in this matter. For this reason, I am enclosing and please find two (2) copies of Plaintiff's Motion for Permission for Electronic Case Filing, proposed form of order and proof of mailing along with a self-addressed pre-stamped envelope.

Finally, defendant had requested my consent for them to have additional time to file their answer of otherwise plead. Unfortunately, I have been out of the office preparing for a jury trial that starts on September 17, 2018 in Cody, Wyoming. Therefore, I did not respond, but would not be objecting to their request in any event.

Thank you for your courtesy in this matter.

Respectfully submitted,

*Timothy McIlwain*

**Timothy McIlwain**
Attorney at Law

Cc: Clerk of District Court
Leonard Aragon, Esq.
**(Enclosure)**

Central New Jersey Office: 655 Shrewsbury Avenue, Suite 314, Shrewsbury, NJ 07702