TIMOTHY J. McILWAIN, Esq.
2020 New Road, 2nd Floor
Linwood, New Jersey 08221
Tel: (877) 375-9599
Fax: (609) 450-7017
attorneymcilwain@me.com

Josh Schein
SCHEIN LAW GROUP
2029 Century Park East, Sutie 400
Los Angeles, California 90067
jschein@scheinlawgroup.com

Attorneys for McIlwain, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McIlWAIN, LLC | No. 4:18-cv-003127 CW |
| Plaintiff, | |
| v. | **PLAINTIFF'S OBJECTION TO REPLY EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION TO REVOKE ATTORNEY TIMOTHY J MCILWAIN'S PRO HAC VICE APPEARANCE** |
| HAGENS BERMAN SOBOL SHAPIRO, LLP | |
| Defendants. | Date:        September 10, 2019 |
| | Time:        2:30 p.m.. |
| | Courtroom:  6,  2nd Floor |
| | Judge: Honorable Claudia Wilken |

Pursuant to Local Rule 7-3(d)(1), Plaintiff respectfully objects to the Declaration and the admission of exhibits attached to Defendant's Reply Declaration filed with this court on August 20, 2019 and respectfully moves this Honorable Court to strike the Declaration and Exhibits from the record.

On August 20, 2019, Defendant submitted in reply to Plaintiff's Response to their Motion to revoke his appearance Pro Hac Vice, a Declaration and series of Exhibits. (Dkt # 98, 98-1). Exhibit A consists of what is purported to be excerpts from the deposition of Ryan Hart that occurred on August 16, 2019. It is unauthenticated hearsay, which is admitted on the face of the document. The remainder consists of website advertisements for some of the attorneys associated with Defendant's firm. They are entirely irrelevant to Defendant's reply. It should also be noted that Defendant's attorney, Leonard Aragon, did not attach any of the purported emails that he sent to Plaintiff's counsel, Attorney Timothy McIlwain as exhibits., that he refers to in his Declaration. The admission of these exhibits would violate Rules 401,402 & 403, 801, 802, 901 & 902of the Federal Rules of Evidence. Therefore, his Declaration is wholly unsupported.

It should first be noted that Attorney Aragon's Declaration is in error on the response date to their motion. (Paragraph 17 of his Declaration). Defendant's Motion to revoke was filed July 30, 2019. Rule 6(a)(1)(A) F.R, Civ. P. states that. "COMPUTING TIME. The following rules apply in computing anytime period specified in these rules, in any local rule or court order, or in any statute that does not specify a method of computing time. *Period Stated in Days or a Longer Unit.* When the period is stated in days or a longer unit of time: exclude the day of the event that triggers the period…"

That means the operative date for responding to their Motion commenced on July 31, 2019. Fourteen days after that is August 14, 2016. Defendant graciously agreed to extend the deadline by two whole days provided Plaintiff did not apply to the court for additional time or the extension would be withdrawn.[1] Defendant knew of course, from the 14th to the 16th Plaintiff would be at his own Rule 30(b)(6) deposition noticed by the Defendant and the deposition of non-party witness,

---

[1] See Email from Attorney Aragon to Attorney McIlwain dated

1  Ryan Hart.[2]

2

3     Wherefore, Plaintiff objects to Defendant's declaration in its entirety and respectfully moves

4  this court to strike the reply Declaration and Exhibits from the record.

5

6     Dated: This 28nd Day of August, 2019

7

8     Plaintiff, McIlwain, LLC

9     By **S/Timothy J McIlwain, Esq**
   Timothy J McIlwain, Esq (Pro Hac Vice)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  [2] Plaintiff did not file the stipulation with the court. Plaintiff inadvertently misread Local Rule 6.1 (a) that the parties could stipulate the time enlargement without a court order, provided the change didn't alter the date or deadline. Nonetheless, Defendant should be equitably estopped from raising

27  that as an issue. Equitable estoppel "holds the [individual] to what it had promised and operates to place the person entitled to its benefit in the same position he would have been in had the

28  representations been true." *Gabriel v. Alaska Elec. Pension Fund*, 773 F.3d 945, 955 (9th Cir. 2014)

3.

1

2   TIMOTHY J. McILWAIN, Esq.
    2020 New Road, 2nd Floor
3   Linwood, New Jersey 08221
    Tel: (877) 375-9599
4   Fax: (609) 450-7017
    attorneymcilwain@me.com
5
    Josh Schein
6   SCHEIN LAW GROUP
    2029 Century Park East, Sutie 400
7   Los Angeles, California 90067
    jschein@scheinlawgroup.com
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  McIlWAIN, LLC                    No. 4:18-cv-003127 CW

12         Plaintiff,

13         v.                        **ORDER STRIKING DEFENDANT'S
                                     REPLY EVIDENCE IN SUPPORT OF
14  HAGENS  BERMAN  SOBOL            MOTION TO REVOKE**
    SHAPIRO, LLP                     Date:        September 10, 2019
15                                   Time:        2:30 p.m..
           Defendants.              Courtroom:  6, 2nd Floor
16
                                    Judge: Honorable Claudia Wilken
17

18

19

20
    This Court, having considered the foregoing objection to reply evidence, it is hereby ordered:
21
    GRANTED. The Reply Declaration and supporting Exhibits shall be stricken from the record.
22
    IT IS SO ORDERED:
23

24  DATED:  This_____day of _____, 2019

25

26                                  _____
                                    Claudia Wilken U.S.D.J.
27

28
                                    4.

1

2

TIMOTHY J. McILWAIN, Esq.

3
2020 New Road, 2nd Floor
Linwood, New Jersey 08221

4
Tel:  (877) 375-9599
Fax: (609) 450-7017

5
attorneymcilwain@me.com

6
Josh Schein
SCHEIN LAW GROUP

7
2029 Century Park East, Sutie 400
Los Angeles, California 90067

8
jschein@scheinlawgroup.com

9
                    UNITED STATES DISTRICT COURT

10
                 NORTHERN DISTRICT OF CALIFORNIA

11
McIlWAIN,LLC                            No. 4:18-cv-003127 CW

12
          Plaintiff,

13
          v.                            **CERTIFICATE OF SERVICE**

14
HAGENS  BERMAN  SOBOL
SHAPIRO, LLP                            Date:         September 10, 2019

15
                                        Time:         2:30 p.m..
                                        Courtroom:  6 2nd Floor

16
          Defendants.
                                        Judge: Honorable Claudia Wilken

17

18

19

20

21
                        *CERTIFICATE OF SERVICE*

22
          I hereby certify that a copy of the foregoing Plaintiff's Objection to Reply Evidence was

23
served on the following counsel of record on this 28th day of August, 2019 by email transmission:

24
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP

25
715 Hearst Avenue, Suite 202
Berkeley, California 94710

26
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

27
shanas@hbsslaw.com

28
Leonard W. Aragon (*pro hac vice*)

PLAINTIFF'S OBJECTION TO DEFENDANT'S REPLY

HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
leonard@hbsslaw.com

Dated this  28th day of August, 2019.

S/Timothy J. McIlwain
Timothy J. McIlwain, Esq.

`

6.